B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cascone, Michael E.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cascone, Sherri** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8316** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9052** |
| Street Address of Debtor (No. and Street, City, and State):<br>**899 Main Street**<br>**Antioch, IL**<br>ZIP Code **60002** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**25002 Nicklaus Way**<br>**Antioch, IL**<br>ZIP Code **60002** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cascone, Michael E.** |
| | **Cascone, Sherri** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cascone, Michael E.**<br>**Cascone, Sherri** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael E. Cascone**
Signature of Debtor **Michael E. Cascone**

X **/s/ Sherri Cascone**
Signature of Joint Debtor **Sherri Cascone**

Telephone Number (If not represented by attorney)

**May  3, 2010**
Date

### Signature of Attorney*

X **/s/ Joel A. Schechter**
Signature of Attorney for Debtor(s)

**Joel A. Schechter 03122099**
Printed Name of Attorney for Debtor(s)

**Law Offices of Joel A. Schechter**
Firm Name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**

Address

**Email: joelschechter@covad.net**
**312-332-0267  Fax: 312-939-4714**
Telephone Number

**May  3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael E. Cascone**
**Sherri Cascone**

Debtor(s)

Case No.

Chapter **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Michael E. Cascone**
                      **Michael E. Cascone**

Date:  **May 3, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael E. Cascone**
**Sherri Cascone**
_____

Debtor(s)

Case No. _____

Chapter  **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Sherri Cascone**
                      **Sherri Cascone**

Date:  **May  3, 2010**

899 Partners, LLC
899 Main St.
Antioch, IL 60002


ACB American Inc.
P. O. Box 177
Cincinnati, OH 45201-0177


ADT
14200 E. Exposition Ave
Aurora, CO 80012


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088


Advanta Business Card
448 E. Winchester St., Suite 150
Murray, UT 84107-8502


Advertiser Network
236 route 173
Antioch, IL 60002


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


AFNI Collections
404 Brock Drive
P. O. Box 3427
Bloomington, IL 61702-3427


Alliant Energy
4902 North Biltmore Lane
Suite 1000
Madison, WI 53718-2148


Alliant Energy
P. O. Box 3068
Cedar Rapids, IA 52406-3068

Allied International Credit Corp.
100 East Shore Drive
3rd Floor
Glen Allen, VA 23059


American Express
P.O. Box 981537
El Paso, TX 79998-1537


American Express
Box 0001
Los Angeles, CA 90096-8000


American Express
P. O. Box 981535
El Paso, TX 79908-1535


American Express
P. O. Box 981535
El Paso, TX 79998-1535


Ameristar Casino East Chicago, LLC
777 Ameristar Blvd.
East Chicago, IN 46312


Anthony Buckun
1309 N. Green St.
McHenry, IL 60050-4460


Antioch Golf Club Community Assoc.
P.O. Box 206
Antioch, IL 60002


Arnold Scott Harris
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654


ASCAP
2675 Paces Ferry Road, SE
Ste. 350
Atlanta, GA 30339

AT&T
P.O. Box 5091
Carol Stream, IL

AT&T
P.O. Box 5019
Carol Stream, IL

AT&T Midwest
P. O. Box 8100
Aurora, IL 60507

Bank of America
P. O. Box 15184
Wilmington, DE 19850-5184

Barclays Bank Delaware
125 S West St
Att: Credit Bureau
Wilmington, DE 19801-5014

Becker, Ron, Jr.
25027 113th St.
Trevor, WI 53179

Bergstrom, Kristin
613 Vincent Rd.
Twin Lakes, WI 53181

Bormes, Thomas MD
39474 Treasury Center
Chicago, IL 60694-9000

Brendel, Fred
38069 Bolton Place
Antioch, IL 60002

Broadcast Music Inc.
10 Music Square East
Nashville, TN 37203

Buzztime
5966 La Place Court
Ste. 100
Carlsbad, CA 92008

```
Call One
123 N. Wacker Drive
Floor 7
Chicago, IL 60606


Capital One
P.O. Box 85520
Richmond, VA 23285


Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281


Capital One
P. O. Box 30281
Salt Lake City, UT 84130-0281


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital One
P. O. Box 6492
Carol Stream, IL 60197-6492


Capital One Credit Card
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital One Credit Card
P.O. Box 30281
Salt Lake City, UT 84130-0281


Carlsen, Helen
100 Atkinson Road
Grayslake, IL 60030


Century 21 Real Estate, LLC
1 Campus Drive
Parsippany, NJ 07054


Chase
P.O. Box 24696
Columbus, OH 43224-0696
```

Chase Bank
1820 East Sky Harbor Circle S.
Phoenix, AZ 85034-9701


Chase Bank USA NA
800 Brooksedge Blvd.
Westerville, OH 43081-2822


Chase Bank USA NA
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Card Services
P. O. Box 15298
Wilmington, DE 19850-5298


Chase Home Equity
3415 Vision Dr.
Columbus, OH 43219


Childrens Hospital of Wisconsin
c/o Med Health Financial Service
9000 W. Wisconsin Ave., #604
Milwaukee, WI 53226-3518


Childrens Hospital of Wisconsin
Drawer 531
Milwaukee, WI 53278


CIT c/o Graybar Financial Services
22442 Network Place
Chicago, IL 60673-1224


Citgo
P. O. Box 923928
Norcross, GA 30010


Citi Card
P. O. Box 688901
Des Moines, IA 50368-8901


Citibank USA NA
P.O. Box 6241
Sioux Falls, SD 57117-6241

City Beverage
1401 E. Algonquin Rd.
Arlington Heights, IL 60005


City of Crystal Lake
P.O. Box 2608
Crystal Lake, IL 60014


Client Services
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047


ComEd
P. O. Box 6111
Carol Stream, IL 60197


Commercial Collectors, Inc.
P.O. Box 337
Montrose, MN 55363


Computer Credit Inc.
Claim Dept. 001682
640 W. Fourth St., P.O. Box 5238
Winston Salem, NC 27113-5238


Condell Medical Center
Dept. 77-97169
Chicago, IL 60678-7169


Custom Leasing
1566 Medical Drive, Suite 201
Pottstown, PA 19464-0274


Custom Leasing, Inc.
5409 S. Westshore Blvd.
Tampa, FL 33611


DEX
P.O. Box 660835
Dallas, TX 75266-0835


Direct TV
P. O. Box 5392
Miami, FL 33152

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103


Discover Card
12 Reads Way
New Castle, DE 19720-1649


E.C.B Antioch, LLC
c/o Great Lakes Principals, LLC
221 W. Illinois Street
Wheaton, IL 60187


Encore Receivable Management, Inc.
P.O. Box 3330
Olathe, KS 66063-3330


ER Solutions, Inc.
P. O. Box 9004
Renton, WA 98057


Exxon/Mobil/CBSD NA
Citibank Credit Dispute Unit
P.O. Box 6497
Sioux Falls, SD 57117-6497


First Equity Card
P. O. Box 84075
Columbus, GA 31908-4075


GEMB/JC Penneys
P.O. Box 981402
El Paso, TX 79998-1402


Global Credit Collections Corp.
P.O. Box 71083
Charlotte, NC 28272-1083


Gostomelsky, Joyce & Anshel
3089 Province
Mundelein, IL 60060


Home Depot Credit Services
P. O. Box 689147
Des Moines, IA 50368-9147

Horseshoe Casino
777 Casino Center Dr.
Hammond, IN 46320


Household Bank
12447 SW 69th Ave
Attn:  Dispute Processing
Tigard, OR 97223-8517


Household Bank/Menards
90 Christiana Rd.
New Castle, DE 19720-3118


HSBC
P. O. Box 80084
Salinas, CA 93912-0084


HSBC Menards
P. O. Box 4160
Schaumburg, IL 60194-4160


HSBC-Menards
P. O. Box 4144
Carol Stream, IL 60197-4144


I.C. System
444 Highway 96 East
P. O. Box 64437
Saint Paul, MN 55164


IC System
P.O. Box 64378
Saint Paul, MN 55164


Illinois State Toll Hwy Authority
c/o Arnold Scott Harris
222 Merchandise Mart Plaza, Ste. 19
Chicago, IL 60654


James T. Magee
Magee, Negele & Associates, PC
444 North Cedar Lake road
Round Lake, IL 60073

JLC Financial Services
965 Hillside
Antioch, IL 60002


Juniper Card Services
P. O. Box 8802
Wilmington, DE 19899-8802


Keller Williams Realty
Genesis Realty Services
8700 W. Bryn Mawr, Ste. 820 South
Chicago, IL 60631


Kemper Ins. & Credit Collection Svc
Payment Processing Center-27
P.O. Box 55126
Boston, MA 02205-5126


Kenosha County Treasurer
1010 56th St.
Kenosha, WI 53140


Kevin W. Mortell
Chase Bank USA, NA
131 S. Dearborn St., 5th Floor
Chicago, IL 60603


Kloss
1333 Northwestern Ave.
Gurnee, IL 60031


Konica Minolta
P.O. Box 371992
Pittsburgh, PA 15250-7992


Lake County Acute Care LLP
c/o UCB Collections
5620 Southwyck Blvd.
Toledo, OH 43614-1501


Lake County Acute Care, LLP
75 Remittance Dr., Suite 1218
Chicago, IL 60675-1218

Lake County Treasurer
18 N. County St.
Room 102
Waukegan, IL 60085


Lake Forest Hospital
75 Remittancxe Dr., Suite 6802
Chicago, IL 60675-6802


Lake Forest Hospital
660 N. Westmoreland Road
Lake Forest, IL 60045-9989


Lake Forest Hospital & Malcolm S.
Gerald & Associates, Inc.
332 S. Michigan Ave., Suite 600
Chicago, IL 60604


Lakes Region Sanitary District 4137
25700 West Old Grand Ave.
Ingleside, IL 60041-8524


Lakeside Pointe Condo Assn
P.O. Box 3394
Oak Brook, IL 60522-3394


Lambert C. Genetos
Genetos Retson & Yoon, LLP
8585 Broadway, Ste. 480
Merrillville, IN 46410


Mathias, Donna
24999 Nicklaus Way
Antioch, IL 60002


MCW Physicians Pediatric
c/o Med Health Financial Service
9000 W. Wisconsin Ave., #604
Milwaukee, WI 53226-3518


MCW Physicians Pediatric and
Med Health Financial Services, Inc.
10200 W. Innovation Dr., #100
Milwaukee, WI 53201-1996

MCW Physicians Pediatric and Med
Health Financial Services, Inc.
P.O. Box 1996
Milwaukee, WI 53201-1996


Med-Health Financial Service, Inc
P.O. Box 1996
Milwaukee, WI 53201-1996


MHFS
POB 1996
Milwaukee, WI 53201


Move.com-Realtor
co Commercial Collectors, Inc.
P. O. Box 337
Montrose, MN 55363


Moving Targets
812 Chestnut St.
Perkasie, PA 18944


MRS Associates, Inc.
1930 Olney Ave.
Cherry Hill, NJ 08003


National City Mortgage
6 N. Main St.
Dayton, OH 45402


National City Mortgage Co.
3232 Newark Drive
Miamisburg, OH 45342


Nationwide Credit, Inc.
2015 Vaugn Rd. NW, Suite 400
Kennesaw, GA 30144-7802


NCO Financial
507 Prudential
Horsham, PA 19044


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
P. O. Box 510950
New Berlin, WI 53151-0950

Newegg.com
P. O. Box 2394
Omaha, NE 68103-2394

Next Media
8500 Green Bay Rd.
Pleasant Prairie, WI 53158

NextMedia
Dept. 809193
Chicago, IL 60680

Nicor
P. O. Box 2020
Aurora, IL 60507

Nicor
P. O. Box 0632
Naperville, IL 60563

Nicor
P. O. Box 0632
Aurora, IL 60507

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Nicor Gas
P. O. Box 310
Aurora, IL 60507-0310

NorStates Bank
1601 N. Lewis Avenue
Waukegan, IL 60085

O'Kane, Bill
1717 Shore Acres Drive
Lake Bluff, IL 60044

Onewest Bank
6900 Beatrice Dr.
Kalamazoo, MI 49009


Paiellis Bakery, Inc.
6020 39th Ave.
Kenosha, WI 53142


Phillips & Cohen Assoc.
1002 Justison St.
Wilmington, DE 19801


Property Specialists
5999 S. New Wilke Rd., #108
Rolling Meadows, IL 60008


Realty Tools, Inc.
2 Beechmere Lane
Hunt Valley, MD 21030


Redwing View Homeowners Assn
Vanguard Management
P.O. Box 61955
Phoenix, AZ 85082-1995


Reinhart Food Service
9950 Reinhard Dr.
P. O. Box 395
Oak Creek, WI 53154


Remax Center
100 Atkinson Road
Grayslake, IL 60030


RH Donnelley Publishing & Adv.
c/o James, Stevens & Daniels
1283 College Park Dr.
Dover, DE 19904-8713


Richard Capoccioni
100 Atkinson Road
Grayslake, IL 60030

RMS
4836 Brecksville Rd.
P. O. Box 509
Richfield, OH 44286


Scharnagle, Tim
649 Nedlegrass Parkway
Antioch, IL 60002


Schreiber Law Firm
P.O. Box 1225
Marion, IN 46952


Shaw Media
P. O. Box 250
Crystal Lake, IL 60039


Southern Wine & Spirits
2971 Collection Center Dr.
Chicago, IL 60693


Speedway Superamerica LLC
P.O. Box 1590
Springfield, OH 45501-1590


Staples
P. O. Box 689020
Des Moines, IA 50368


Stephenson Marketing Co-Op
P.O. Box 399
Stephenson, MI 49887


Stoller Wholesale
3325 Mt. Prospect Rd.
Franklin Park, IL 60131


SWF East, Inc.
5408 Southwest Shore
Tampa, FL 33611


Sysco Foods
250 Wieboldt Drive
Des Plaines, IL 60016-3192

Terra Springs Homeowners Area Assn.
c/o Kovitz Shifrin Nesbit
750 Lake Cook Road, Ste. 350
Buffalo Grove, IL 60089


Town of Bristol
19801 83rd Street
Bristol, WI 53104


Town of Randall
P. O. Box 116
Bassett, WI 53101


Trans World Systems, Inc.
9525 Sweet Valley Dr.
Valley View, OH 44125


United Mileage Plus
P. O. Box 15298
Wilmington, DE 19850-5298


Universal Fidelity LP
16625 Park Row
Houston, TX 77084


Upper Peninsula Power Company
P. O. Box 19076
Green Bay, WI 54307-9076


US Bank
Cardmember Service
P. O. Box 6335
Fargo, ND 58125-6335


Verizon
777 Big Timber Rd.
Elgin, IL 60123


Village of Antioch
874 Main St.
Antioch, IL 60002


Village of Silver Lake
113 S. First St.
Silver Lake, WI 53170

Wassup Magazine, Jocar Inc.
P. O. Box 1103
McHenry, IL 60051


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648


Waste Management
22333 Route 173
Antioch, IL 60002


We Energies
231 W. Michigan St.
Milwaukee, WI 53290-0001


We Energies
P. O. Box 2046
Milwaukee, WI 53201-2046


Wells Fargo Bk-Business DI
P.O. Box 29482
Mac S4101-04A (Rez Team)
Phoenix, AZ 85038-9482


Wirtz Beverage
P. O. Box 809180
Chicago, IL 60680


Wisconsin Electric
231 W. Michigan St., A130
Milwaukee, WI 53203